# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JOHN JONES AND TANYA JONES, | : No. 253 WAL 2022 |
| | : |
| Respondents | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the **Published Opinion and** |
| v. | : **Order** of the Superior Court at No. |
| | : 690 WDA 2020, at 282 A.3d 1139 |
| | : (Pa. Super. 2022) entered on |
| ERIE INSURANCE EXCHANGE, | : September 7, 2022, **reversing and** |
| | : **remanding** the Judgment of the |
| Petitioner | : Erie County Court of Common Pleas |
| | : at No. 11527-2019 entered on June |
| | : 30, 2020 |

## ORDER

**PER CURIAM**

 **AND NOW**, this 23rd day of April, 2024, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to the Superior Court for further proceedings consistent with *Rush v. Erie Insurance Exchange*, ___ A.3d ___, 2024 WL 316407 (Pa. filed Jan. 29, 2024).